IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
SEP 17 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 3:19CR **128** |
| | ) |
| v. | ) Count 1: 18 U.S.C. § 922(g)(1) |
| | ) (Possession of Firearm by a Convicted |
| TRAVIS AARON BALL, | ) Felon) |
| a/k/a "Wiz" | ) |
| | ) |
| Defendant. | ) Forfeiture Allegation |

## INDICTMENT
SEPTEMBER 2019 TERM – at Richmond, Virginia

### COUNT ONE
(Possession of Firearm by a Convicted Felon)

On or about May 26, 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, TRAVIS BALL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm, to wit: a FIE, model Titan, .25 caliber, semi-automatic pistol, bearing serial number ED96887, and the firearm was in and affecting commerce.

(In violation of Title 18, United States Code, Section 922(g)(1))

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of such offense. Property subject to forfeiture includes, but is not limited to:

a FIE, model Titan, .25 caliber, semi-automatic pistol, bearing serial number ED96887;

all accompanying ammunition.

(In accordance with Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL:

_____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Erik S. Siebert
Stephen Anthony
Assistant United States Attorneys